UNITED STATES of America, Plaintiff–Appellee,

v.

Anthony Lemuel JONES, Jr., Defendant–Appellant.

No. 00–7316.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 5, 2000.

Decided Jan. 8, 2001.

Anthony Lemuel Jones, Jr., pro se. John Staige Davis, V, Office of the United States Attorney, Richmond, VA, for appellee.

solves only those claims raised by Singley personally.

Before WIDENER, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

PER CURIAM.

Anthony Lemuel Jones, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Jones' motion for appointment of counsel, and dismiss the appeal on the reasoning of the district court. *See United States v. Jones,* Nos. CR–97–343; CA–99–793–3 (E.D.Va. June 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*